# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

RODRIGO GURROLA,

    Plaintiff,

v.                                                              No. CV 20-1305 SMV/CG

GENERAL MOTORS LLC,

    Defendant.

## ORDER EXTENDING DEFENDANT'S TIME TO ANSWER

**THIS MATTER** is before the Court on Defendant's *Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Complaint* (the "Motion"), (Doc. 7), filed January 6, 2021. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendants' response to Plaintiff's Complaint is due February 4, 2021.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE