IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RODRIGO GURROLA,

    Plaintiff,

v.                                                 No. CV 20-1305 SMV/CG

GENERAL MOTORS LLC,

    Defendant.

### ORDER RESETTING INITIAL SCHEDULING CONFERENCE

**THIS MATTER** is before the Court *sua sponte*. **IT IS HEREBY ORDERED** that the Rule 16 Initial Scheduling Conference previously scheduled for Thursday, March 11, 2021, at 2:00 p.m., (Doc. 12), is reset and will be conducted by telephone on **Monday, March 15, 2021, at 11:00 a.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE