# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

RODRIGO GURROLA,

    Plaintiff,

v.                                                                                                                No. CV 20-1305 MV/CG

GENERAL MOTORS LLC,

    Defendant.

### **ORDER GRANTING STIPULATED MOTION FOR PROTECTIVE ORDER**

**THIS MATTER** is before the Court on the parties' *Stipulated Motion for Entry of Protective Order* (the "Motion"), (Doc. 23), filed May 20, 2021. In the Motion, the parties explain they have agreed "to preserve and maintain the confidentiality of certain alleged confidential, commercial, and proprietary documents to be produced by parties and non-parties in this action." (Doc. 23-1 at 2). The Court, having reviewed the Motion and noting it is stipulated, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the terms of the parties' *Stipulated Motion for Entry of Protective Order*, (Doc. 23), as set forth in Exhibit 1, (Doc. 23-1), shall govern in this case absent a superseding Order of the Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE