**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

RODRIGO GURROLA,

    Plaintiff,

v.                                                                 No. CV 20-1305 MV/CG

GENERAL MOTORS, LLC,

    Defendant.

## ORDER GRANTING IN PART
## JOINT MOTION TO EXTEND DISCOVERY DEADLINES

**THIS MATTER** is before the Court on the parties' *Joint Motion for Extension of Existing Case Deadlines* (the "Motion"), (Doc. 25), filed June 4, 2021. In the Motion, the parties explain that they have diligently conducted discovery in this "complex" product liability case, including "retain[ing] multiple experts[,]" "conduct[ing] at least three different vehicle inspections[] [and] scene inspections," and issuing requests for Plaintiff's medical records, but that "it is not feasible for the parties to meet the[] [Court's] discovery] deadlines." *Id.* at 2-3. As such, the parties request a 120-day extension of certain dates and deadlines set forth in the Court's *Scheduling Order*, (Doc. 21). (Doc. 25 at 3). The Court, having reviewed the Motion and noting it is filed jointly, finds the Motion shall be **GRANTED IN PART**.

**IT IS THEREFORE ORDERED** that the Court's *Scheduling Order*, (Doc. 21), shall be modified as follows:

1. Discovery shall close on **January 10, 2022**;

2. Motions relating to discovery shall be filed with the Court and served on the opposing party by **January 31, 2022**;

3. Pretrial motions, other than discovery motions, shall be filed with the Court and served on the opposing party by **February 10, 2022**.

4. Plaintiff's proposed Pretrial Order to Defendants due by **March 25, 2022**, and Defendants proposed Pretrial Order due to the Court by **April 8, 2022**.

All other deadlines contained in the Court's *Scheduling Order*, (Doc. 21), remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE