# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

RODRIGO GURROLA,

    Plaintiff,

v.                                                                                            No. CV 20-1305 MV/CG

GENERAL MOTORS, LLC,

    Defendant.

## ORDER EXTENDING EXPERT DISCLOSURE DEADLINES

**THIS MATTER** is before the Court on the parties' *Joint Motion for Extension of Expert Disclosure Deadlines* (the "Motion"), (Doc. 28), filed June 18, 2021. In the Motion, the parties explain that they notified the Court at the June 17, 2021 status conference of their desire to extend the expert disclosures deadline. *Id.* at 1; *see also* (Doc. 27). They indicate they "are jointly working through discovery and exploring opportunities for settlement, prior to incurring costly pretrial litigation expenses." *Id.* As such, the parties request a 120-day extension of the deadlines to identify expert witnesses and disclose expert reports as set forth in Court's *Scheduling Order*, (Doc. 21). (Doc. 28 at 1). The Court, having reviewed the Motion and noting it is filed jointly, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Court's *Scheduling Order*, (Doc. 21), shall be modified as follows:

1. Plaintiff shall identify in writing any expert witness to be used by Plaintiff at trial and shall provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) by **October 14, 2021**;

2. All other parties shall identify in writing any expert witness to be used by such

parties at trial and shall provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) by **November 15, 2021**.

All other deadlines contained in the Court's *Scheduling Order*, (Doc. 21), and the Court's *Order Granting in Part Joint Motion to Extend Discovery Deadlines*, (Doc. 26), remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE