IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RODRIGO GURROLA,

    Plaintiff,

v.                                                                       No. CV 20-1305 MV/CG

GENERAL MOTORS, LLC,

    Defendant.

## ORDER GRANTING IN PART
## JOINT MOTION TO EXTEND DISCOVERY DEADLINES

**THIS MATTER** is before the Court on the parties' *Joint Motion for Extension of Case Deadlines* (the "Motion"), (Doc. 31), filed September 16, 2021. In the Motion, the parties request an extension of case deadlines in this "product liability lawsuit involv[ing] multiple defect claims related to a highly complex rollover accident[.]" *Id.* at 3. The parties explain that "mediation with mediator Ray Vargas has been scheduled for November 3, 2021[,] [and] a member of the plaintiff trial team is currently hospitalized with COVID-19." *Id.* at 1. As such, the parties request a 90-day extension of the deadlines set forth in the Court's *Scheduling Order*, (Doc. 21), *Order Granting in Part Joint Motion to Extend Discovery Deadlines*, (Doc. 26), and *Order Extending Expert Disclosure Deadlines*, (Doc. 29). (Doc. 31 at 4). The Court, having reviewed the Motion and noting it is filed jointly, finds the Motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Court's prior scheduling-related orders listed above shall be modified as follows:

1. Plaintiff's Fed. R. Civ. P. 26(a)(2)(B) expert disclosures shall be due by **January 12, 2022**;

2. Defendant's Fed. R. Civ. P. 26(a)(2)(B) expert disclosures shall be due by **February 14, 2022**;

3. Discovery shall close on **April 11, 2022**;

4. Motions relating to discovery shall be filed with the Court and served on the opposing party by **May 2, 2022**;

5. Pretrial motions, other than discovery motions, shall be filed with the Court and served on the opposing party by **May 11, 2022**;

6. Plaintiff's proposed Pretrial Order to Defendants due by **June 23, 2022**, and Defendants proposed Pretrial Order due to the Court by **July 7, 2022**.

All other deadlines contained in the Court's *Scheduling Order*, (Doc. 21), *Order Granting in Part Joint Motion to Extend Discovery Deadlines*, (Doc. 26), and *Order Extending Expert Disclosure Deadlines*, (Doc. 29), remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE