**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

RODRIGO GURROLA,

    Plaintiff,

v.                                                               No. CV 20-1305 MV/CG

GENERAL MOTORS, LLC,

    Defendant.

## ORDER FOR CLOSING DOCUMENTS AND STAYING DISCOVERY

**THIS MATTER** is before the Court upon notice that the parties have reached a contingent settlement of this matter. **IT IS THEREFORE ORDERED** that the parties shall submit closing documents no later than **January 6, 2022**.

**IT IS FURTHER ORDERED**, given the contingent nature of the settlement, that discovery shall be stayed pending submission of the parties' closing documents.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE