# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

RODRIGO GURROLA,

    Plaintiff,

v.                                                                                                      No. CV 20-1305 MV/CG

GENERAL MOTORS, LLC,

    Defendant.

## ORDER EXTENDING DEADLINE FOR CLOSING DOCUMENTS AND FURTHER STAYING DISCOVERY

**THIS MATTER** is before the Court on the parties' *Second Joint Motion to Extend Time to Submit Closing Documents*, (the "Motion"), (Doc. 36), filed February 28, 2022. In the Motion, the parties request an extension to May 6, 2022, to submit closing documents, explaining that the parties require more "time to complete guardianship to Lorenza Angelica Garcia, the mother of [Plaintiff] Rodrigo Gurrola, in order to proceed with the settlement process." *Id.* at 1. The Court, having reviewed the Motion and noting it is filed jointly, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents by **May 6, 2022**.

**IT IS FURTHER ORDERED** that the stay of discovery shall be further stayed pending submission of the parties' closing documents.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE