IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RODRIGO GURROLA,

    Plaintiff,

v.                                                                                                                           No. CV 20-1305 MV/CG

GENERAL MOTORS, LLC,

    Defendant.

## ORDER EXTENDING DEADLINE FOR CLOSING DOCUMENTS AND FURTHER STAYING DISCOVERY

**THIS MATTER** is before the Court on the parties' *Third Joint Motion to Extend Time to Submit Closing Documents*, (the "Motion"), (Doc. 38), filed May 5, 2022. In the Motion, the parties explain that they have completed the guardianship process and request an extension to July 5, 2022, to submit closing documents, "to allow time to complete the friendly suit proceedings" in Wharton County, Texas. *Id.* at 1. The Court, having reviewed the Motion and noting it is filed jointly, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents by **July 5, 2022**.

**IT IS FURTHER ORDERED** that the stay of discovery shall be further stayed pending submission of the parties' closing documents.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE